LAW OFFICES OF MARK YABLONOVICH
Mark Yablonovich, Esq., SBN 186670
mark@yablonovichlaw.com
Neda Roshanian, Esq., SBN. 225337
neda@yablonovichlaw.com
Michael Coats, Esq., SBN 258941
michael@yablonovichlaw.com
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ASGHARI, AUGUSTINO LAMIA, BARBARA CALVER, SUPALAK PRASOBRATANA, and DANIEL TRAN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN AG. AND AUDI AG,<br><br>Defendants. | Case No.: 4:12-cv-02177 CW<br><br>Hon. Claudia Wilken<br><br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

# ORDER

The Court having considered Plaintiffs' Application for an Order Appointing International Process Server, **IT IS HEREBY ORDERED**:

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints and authorizes APS International, Ltd., 7800 Glenroy Road, Minneapolis, MN 55439, and its agents, to effect service of process on Defendants Volkswagen AG and Audi AG in Germany.

**IT IS SO ORDERED**.

Dated: __10/10/2012__   _____
   Honorable Claudia Wilken
   United States District Judge