1
2
3
4
5
6
7
8

9             **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11   ALI ASGHARI, AUGUSTINO LAMIA,    Case No. CV-12-02177-CW
     BARBARA CALVER, SUPALAK
12   PRASOBRATANA, AND DANIEL         District Judge: Hon. Claudia Wilken
     TRAN, individually and on behalf of all
13   others similarly situated,

14
                                      **[PROPOSED] ORDER ON
15              Plaintiffs,           STIPULATION  REGARDING
                                      DEADLINE FOR DEFENDANTS
16        vs.                         VOLKSWAGEN AG AND AUDI AG
                                      TO ANSWER OR OTHERWISE
17                                    RESPOND TO THE FIRST
                                      AMENDED COMPLAINT
18   VOLKSWAGEN GROUP OF
     AMERICA, INC., VOLKSWAGEN
19   AG, and AUDI AG,

20              Defendants.

21
22
23
24
25
26
27
28

-1-

1

2

3                                    **ORDER**

4        The Court having considered the parties' stipulation, and finding good cause

5  thereof, is of the opinion it should be GRANTED.

6        NOW THEREFORE, IT IS HEREBY ORDERED:

7

8        1.      The time within which Defendants Volkswagen AG and Audi AG may

9  file an answer or otherwise respond to the First Amended Complaint is extended to

10 and including April 4, 2013.

11

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

13

14

15 Dated:_____February 27___, 2013        _____

16                                            Honorable Claudia Wilken
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

-2-