JS-6

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   ALI ASGHARI, DANIEL TRAN,            Case No.  CV13-02529 MMM (JEMx)
     YUNG KIM, ARA
12   DERSARKISSIAN, and KATRINA           Hon. Margaret M. Morrow
     NOBLE individually, and on behalf
13   of a class of similarly situated     CLASS ACTION
     individuals,
14                                         **FINAL JUDGMENT**
              Plaintiffs,
15
          vs.
16
     VOLKSWAGEN GROUP OF
17   AMERICA, INC., VOLKSWAGEN
     AG, AND AUDI AG,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

**ORDER AND JUDGMENT**

The Court has received and considered the proposed Settlement Agreement ("Settlement Agreement") between Plaintiffs Ali Asghari, Daniel Tran, Yung Kim, Ara Dersarkissian, and Katrina Noble, on behalf of themselves and the Settlement Class (collectively, "Plaintiffs") and Defendant Volkswagen Group of America, Inc., Volkswagen AG, and Audi AG ( "Defendants"). The Court held a Fairness Hearing on May 4, 2015, pursuant to the Preliminary Approval Order entered on October 16, 2014. The Court has determined that notice of the Fairness Hearing was given in accordance with the Preliminary Approval Order to members of the Settlement Class, and that the notice was adequate. On May 29, 2015, the court entered an order finally approving the parties' settlement of this action and awarding attorneys' fees, costs, and incentive awards. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.     All terms used herein shall have the same meaning as defined in the Settlement Agreement.

2.     This Court has jurisdiction over the subject matter of this litigation and over the Parties to this litigation, including all Class Members.

3.     The Court certifies the following Settlement Class for purposes of settlement only: "All persons and entities who purchased or leased any 2009 model year Audi A4 vehicle; 2010 model year Audi A4 or Audi A5 vehicle; or 2011 model year Audi A4, Audi A5, or Audi Q5 vehicle, originally equipped with a factory-installed 2.0 liter TFSI longitudinal engine bearing Audi internal engine code CAEB ("CAEB Engine"), imported and distributed by Defendant Volkswagen Group of America, Inc. for sale or lease in the United States of America or Puerto Rico."

Excluded from the Settlement Class are (a) anyone claiming personal injury, property damage and/or subrogation; (b) all Judges who have presided over

the Actions and their spouses; (c) all current employees, officers, directors, agents and representatives of Defendants, and their family members; (d) any affiliate, parent or subsidiary of Defendants and any entity in which Defendants have a controlling interest; (e) anyone acting as a used car dealer; (f) anyone who purchased a Settlement Class Vehicle for the purpose of resale; (g) anyone who purchased a Settlement Class Vehicle with salvaged title and/or any insurance company who acquired a Settlement Class Vehicle as a result of a total loss; (h) any insurer of a Settlement Class Vehicle; (i) issuers of extended vehicle warranties and service contracts; (j) any Settlement Class Member who, prior to the date of this Agreement, settled with and released Defendants or any Released Parties from any Released Claims, and (k) any Settlement Class Member that files a timely and proper Request for Exclusion from the Settlement Class.

4.     The Court appoints Plaintiffs Ali Asghari, Daniel Tran, Yung Kim, Ara Dersarkissian, and Katrina Noble as representatives of the above-described Settlement Class.

5.     The Court finds that Strategic Legal Practices APC, Capstone Law, APC, Diversity Law Group, P.C., Law Office of Choi & Associates, Eco Tech Law Group, P.C. and the Law Office of Hovanes Margarian are experienced in matters of this nature and the Court hereby appoints said law firms as Class Counsel.  Further, the Court appoints Strategic Legal Practices APC and Capstone Law, APC as Lead Class Counsel.

6.     The mailing and publication of the Class Notice to the Class as set forth in the Settlement Agreement has been completed in conformity with the October 16, 2014 Preliminary Approval Order (Dkt. No. 156).  The Class Notice provided adequate notice of the proceedings and about the case, including the proposed settlement terms as set forth in the Settlement Agreement.  The Class Notice fully satisfied due process requirements.  As executed, the Class Notice was the best notice practicable under the circumstances.

7.     The Court finds that appropriate notice was given by defendant to all "appropriate State and Federal Officials" pursuant to 28 U.S.C. §1715(a), and that no objections were filed.

8.     The Court hereby approves the terms set forth in the Settlement Agreement and finds that the Settlement Agreement is, in all respects, fair, adequate, and reasonable and directs the Parties to effectuate the Settlement Agreement according to its terms.  The Court finds that the Settlement Agreement has been reached as a result of informed and non-collusive arm's-length negotiations.  The Court further finds that Plaintiffs and Defendants have conducted extensive investigation and research, and their attorneys were able to reasonably evaluate their respective positions.

9.     The Court also finds that Settlement now will avoid additional and potentially substantial litigation costs, as well as delay and risks if the Parties were to continue to litigate the case.  Additionally, after considering the prospective and monetary relief provided as part of the Settlement in light of the challenges posed by continued litigation, the Court concludes that Class Counsel secured significant relief for Class Members.

10.    The Settlement Agreement is not an admission by Defendants or by any other released party, nor is this Order a finding of the validity of any allegations or of any wrongdoing by Defendants or any other released party.  Neither this Order, the Settlement Agreement, nor any document referred to herein, nor any action taken to carry out the Settlement Agreement, may be construed as, or may be used as, an admission of any fault, wrongdoing, omission, concession, or liability whatsoever by or against Defendants or any of the other released parties.

11.    All Class Members were given a full and fair opportunity to participate in the Approval Hearing, and all members of the Settlement Class

1  wishing to be heard have been heard.  The objections of Anthony J. Cirillo,

2  Richard L. Whynot, Richard M. King, Jr., Charles Theodore Koehn, John E. Voris

3  & Karen Prah Voris, Debra Bliss, Lars H. Boettger, Comfort Onylah, Tobey

4  Salem, Thomas A. Knott, Gautam Garg, Eric D. Jordan, Susan D. Ritchey,

5  William B. Hammett, and Michael Ghozland are hereby overruled.  Members of

6  the Settlement Class also have had a full and fair opportunity to exclude

7  themselves from the proposed settlement and the class. Accordingly, the terms of

8  the Settlement Agreement and of the Court's Order shall be forever binding on

9  members of the Class who did not timely exclude themselves.  Attached to this

10 Judgment as Exhibit A is a list setting forth the name of each person who has

11 requested exclusion from the Class under the procedures set forth in the

12 Preliminary Approval Order.

13      12.    To effectuate the Settlement, the Court hereby orders that all Class

14 Members who did not timely exclude themselves from the Settlement are barred,

15 enjoined, and restrained from commencing, prosecuting, or asserting any

16 Released Claims against any Released Parties.

17      13.    The Court has considered the Motion for Attorneys' Fees, Expenses,

18 and Costs separately from its consideration of the fairness, reasonableness, and

19 adequacy of the Settlement Agreement.  Any order or proceedings relating to the

20 Motion for Attorneys' Fees, Expenses, and Costs, or any appeal from any order

21 relating thereto or reversal or modification thereof, shall not disturb or affect this

22 Judgment or affect or delay the finality of this Judgment.

23      14.    The Court awards $1,703,704.63 in fees and $100,000 in costs and

24 expenses, to be allocated according to the fee allocation agreement among Class

25 Counsel.

26      15.    The Court also approves service awards of $2,500 to Ali Asghari,

27 Daniel Tran, Yung Kim, Ara Dersarkissian, and Katrina Noble for their services

28 on behalf of the Settlement Class, and accordingly orders Defendants to pay those

1  amounts to Class Counsel for distribution to these Named Plaintiffs and class

2  representatives.

3       16.    The Court retains jurisdiction over the Parties to enforce the terms

4  of the Order and Judgment, and shall have continuing jurisdiction over the

5  construction, interpretation, implementation, and enforcement of the Settlement

6  Agreement in accordance with its terms.

7                 **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

8

9

10  Dated: May 29, 2015

11                 Hon. Margaret M. Morrow

12                 U.S. District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL JUDGMENT

EXHIBIT A

| | Name | VIN |
|---|---|---|
| 1 | MARTHA STEWART | WAUXF78K79A184496 |
| 2 | RANDALL B SEXTON | WAUWFAFRXBA059913 |
| 3 | LESLIE N BLANK | WAUWFAFR8AA071203 |
| 4 | BURNELLA D WILLIAMS | WAUWFAFR6AA015387 |
| 5 | ALLAN  J BOWDITCH | WAUWFAFLXAA160718 |
| 6 |  JOAN C GALLANT | WAUWFAFL9BA133432 |
| 7 | ROBERT B HANDER | WAUWFAFL8AA083296 |
| 8 | GEOFFREY DUIN | WAUWFAFL6BA116720 |
| 9 | GEORGE H GOTCSIK | WAUWFAFL6BA046460 |
| 10 | GEORGE FARINA | WAUWFAFLSAA104881 |
| 11 | SUE GLAZER | WAUWFAFLSAA025209 |
| 12 | KAM W FUNG | WAUWFAFL4BA034002 |
| 13 | LEWIS CLAYMAN | WAUWFAFL4BA019631 |
| 14 | CHAD JAMES W ANDERSON | WAUWFAFL4AA147401 |
| 15 | JANE A BERGMAN | WAUWFAFL3AA119072 |
| 16 | ROBERT BARTUSCH | WAUWFAFL2AA018959 |
| 17 | CHARLES B SWARTWOOD | WAUWFAFLOBA106653 |
| 18 | RODNEY L BABCOCK | WAUWFAFLOBA014300 |
| 19 | REBECCA L SCHMIDT | WAUWFAFLOAA088816 |
| 20 | JAIMIE  K CAMBI | WAUVFAFRXBA074911 |
| 21 | DIANA ROJAS | WAUVFAFRSAA007454 |
| 22 | PAULINE M CICHON | WAUVFAFH4AN020891 |
| 23 | DORYANN L CHASEN | WAUVF78K89A178147 |
| 24 | SHARON  R HANSBURY | WAUVF78K69A170404 |
| 25 | RENATA DiIULIO | WAUVF78K69A092304 |
| 26 | CHEN SU | WAUVF78K49A166867 |
| 27 | COLIN N LOCKE | WAUVF78K39A221003 |
| 28 | ANNE  E MENGDEN | WAUSFAFL8BA084674 |
| 29 | EDGAR LEVENSON | WAUSFAFL8BA042814 |
| 30 | JOHN W RETALLACK | WAUSFAFL7BA058535 |
| 31 | CHRISTIAN  J KNUTSON | WAUSFAFL3AA135951 |
| 32 | GREG HEFFELFINGER | WAUSFAFL2AA009256 |
| 33 | RICHARD HAMMER | WAUSF78K99N020542 |
| 34 | PAULA KIDDER | WAUSF78K99A087665 |
| 35 | TIFFANY C LAPIERRE | WAUSF78K99A087052 |
| 36 | SUSAN E KRASNER | WAUSF78K99A079954 |
| 37 | J M KAVANAUGH | WAUSF78K89N030284 |
| 38 | JEANETIE  F ARCURI | WAUSF78K89N027692 |
| 39 | THOMAS N SEBEN | WAUSF78K89N024291 |
| 40 | AMERICA A BENCOMO | WAUSF78K89A087186 |
| 41 | LEE & SUSAN SCHAUWECKER  TRST U | VVAUSF78K79N051045 |
| 42 | PAMELA M WARD | VVAUSF78K79N030440 |
| 43 | VERLON R CHEEK | WAUSF78K69N059086 |
| 44 | JAMES  R MORTER | WAUSF78K69N013239 |
| 45 | IGOR BURDUJA | WAUSF78K59N054574 |
| 46 | YVONNE M PAPP | WAUSF78K59N032705 |

000026

| | Name | VIN |
|---|---|---|
| 47 | SANDRA E COLBY | WAUSF78K59N028590 |
| 48 | JASON M SYLVESTER | WAUSF78K59N027424 |
| 49 | BENJAMIN N THOMAS | WAUSF78K49N072080 |
| 50 | CHARLES P ROLLER | WAUSF78K49N037376 |
| 51 | JULIE A ESPARRAGOZA | WAUSF78K49N027902 |
| 52 | ATLANTIC ARCHTCTLMLWRK LLC | WAUSF78K49A098704 |
| 53 | JULIO MOREIRA | WAUSF78K39N069901 |
| 54 | ROBERT J WYANT | WAUSF78K39N065959 |
| 55 | MARY L RAMMER | WAUSF78K39N039541 |
| 56 | IRENEE ROMANYSHYN | WAUSF78K29N046643 |
| 57 | SANDRA L CONANT | WAUSF78K29A096434 |
| 58 | DANUTA MATWIJOW | WAUSF78K19N044804 |
| 59 | VILIN NG-CASTRO | WAUSF78K19A143355 |
| 60 | CHRISTA G STEVENS | WAUSF78K19A097011 |
| 61 | KATHERINE S MAURER | WAUSF78K09N059536 |
| 62 | DAWN M MERCIER | WAUSF78K09N044616 |
| 63 | SILVIA MONTI | WAUSF78K09N033650 |
| 64 | JOHN CJOWETI | WAUSF78K09N033566 |
| 65 | RONALD MARTINELLI | WAURFAFRXBA027976 |
| 66 | WALTER B OLSEN | WAURFAFR8BA086492 |
| 67 | ROSEMARY A MILLS | WAURFAFR8AA059226 |
| 68 | ROMEO C PASCASIO | WAURFAFR7BA038689 |
| 69 | MARK MALADOWITZ | WAURFAFR3BA082169 |
| 70 | KARAN SINGH | WAURFAFR1BA023170 |
| 71 | KRISTIN ELANE | WAURFAFROAA033686 |
| 72 | LANCASTER MCADEN WILLIS SMITH | WAUMFAFL2AN001014 |
| 73 | DAVID R SAGEMAN | WAUMFAFLOBN050021 |
| 74 | JOHN REED | WAUMF78K69A093139 |
| 75 | KAY T SEGERDAHL | WAUMF78K49N051688 |
| 76 | HIDEAKI FURIHATA | WAUMF78K19A123647 |
| 77 | MORRIS J HARRISON | WAUMF78K09N061330 |
| 78 | YIL FANG | WAULFAFR9AA066904 |
| 79 | MELVIN HOBERMAN | WAULFAFR6BA056462 |
| 80 | JOHN W RETALLACK | WAULFAFR6BA048748 |
| 81 | VIVIAN L PENSAK | WAULFAFR6AA004814 |
| 82 | LAURA G KENNEDY | WAULFAFR4BA051485 |
| 83 | AMY PREW | WAULFAFR4BA009494 |
| 84 | WILLIAM W STOUT | WAULFAFR3BA053129 |
| 85 | AM TRADE SYSTEMS | WAULFAFR2BA068401 |
| 86 | GARY J CASTALDO | WAULFAFR2AA045439 |
| 87 | JERICA M SHUFFLER | WAULFAFR1AA074267 |
| 88 | BRANDON PUENTE | WAULFAFR1AA065620 |
| 89 | GEORGE L BEVAN | WAULFAFROBA066968 |
| 90 | TIMOTHY J BURROWS | WAULFAFROBA047594 |
| 91 | CAROL A CHINSKI | WAULFAFROBA025899 |
| 92 | SHI G ZHENG | WAULFAFROBA011596 |

| | Name | VIN |
|---|---|---|
| 93 | SALAYEESH JAMAL ABDULLAH A | WAULFAFROAA05130 |
| 94 | KRISTY L SCOTI | WAULFAFROAA041289 |
| 95 | MARY SAENZ | WAULFAFH8AN025728 |
| 96 | LEES DAVIS | WAULFAFH7AN022853 |
| 97 | JOHN J SEXTON | WAULFAFHSAN024858 |
| 98 | PATRICIA A GARRITAN | WAULFAFHSAN023774 |
| 99 | ROXANA ZEDAN | WAULFAFHSAN017053 |
| 100 | HOWARD MATERETSKY | WAULFAFH3BN009602 |
| 101 | GLORIA G LEWIS | WAULFAFH3AN006892 |
| 102 | JEAN E WOLF | WAULF78KX9N072394 |
| 103 | KRISTINE M HYON-LEE | WAULF78KX9N068717 |
| 104 | DANIEL F DEPALO | WAULF78KX9N067874 |
| 105 | HEELA C KIM | WAULF78KX9N063811 |
| 106 | D BILTCLIFFE | WAULF78KX9N059354 |
| 107 | ALEXIS SENTER | WAULF78KX9N026998 |
| 108 | AMANDEEP SINGH | WAULF78K99N033053 |
| 109 | THOMAS G BALSANEK | WAULF78K99N024708 |
| 110 | MARK Y CASEY | WAULF78K99N013420 |
| 111 | SHAWNEE V BURGER | WAULF78K99A123438 |
| 112 | LUCAS E GRUHLKEY | WAULF78K99A086021 |
| 113 | MYRNA DAHER | WAULF78K89N016583 |
| 114 | STEVEN G BRINLEE | WAULF78K79N055374 |
| 115 | MARLIN K ULSH | WAULF78K79N052989 |
| 116 | MARTHA B FICKE | WAULF78K79N028286 |
| 117 | GARY O ADAMES | WAULF78K79N026540 |
| 118 | JESSICA L CARUSO | WAULF78K79N018440 |
| 119 | CAROLYN C RUDMANN | WAULF78K79A124605 |
| 120 | JOHN LOWENSTINE | WAULF78K69N064342 |
| 121 | LORI L HEFFERNAN | WAULF78K69N014430 |
| 122 | ALLEN H MARTIN | WAULF78K69A124479 |
| 123 | AMI G SADLER | WAULF78K59N056118 |
| 124 | MERVYN COHEN | WAULF78K59N055566 |
| 125 | SERBOUHI S DEMIRDJIAN | WAULF78K59N011048 |
| 126 | CLASS CARS | WAULF78K49N013518 |
| 127 | MOIN AHMED | WAULF78K39N035879 |
| 128 | DEAN B MULDONG | WAULF78K39N026129 |
| 129 | CONRAD GRADI | WAULF78K39N013221 |
| 130 | ROSEMARY B HENNINGER | WAULF78K39N013140 |
| 131 | CHRIS C LECUYER | WAULF78K39A135083 |
| 132 | SEAN COLLINS | WAULF78K29N078125 |
| 133 | MARIANNA R FLOWERS | WAULF78K29N067044 |
| 134 | VON ROLL USA INC | WAULF78K29N061339 |
| 135 | J M KAVANAUGH | WAULF78K29A131672 |
| 136 | RUBEN ROUX | WAULF78K19N036139 |
| 137 | LELAND P ZIMMERMAN | WAULF78K19N010107 |
| 138 | SUZANNA L BRAUN | WAULF78K19AOS7886 |

| | Name | VIN |
|---|---|---|
| 139 | BENJAMIN RIGGIO | WAULF78K09N018120 |
| 140 | SHIRLEY J BOCCELLA | WAULF78K09N016979 |
| 141 | WEBCOR EXECUTIVE FLEET | WAUKFBFLOBA066112 |
| 142 | ANGELINA M DOSWALD | WAUKFAFL8BN016402 |
| 143 | IRENE E SIENA | WAUKFAFL7ANOS8574 |
| 144 | JOHN D MITCHELL | WAUKFAFL4AN023572 |
| 145 | DANIEL FUHRMAN | WAUKFAFL1BNOS6143 |
| 146 | CHRISTOPHER P TWOMBLY | WAUKFAFLOAN031295 |
| 147 | VICKI VOSS | WAUJFAFH9BN010602 |
| 148 | JOHN C MCKINLEY | WAUJFAFH9BN002337 |
| 149 | LUPE QUINTANA | WAUJFAFH9AN010694 |
| 150 | CAROLYN M LANNING | WAUJFAFH8BN012938 |
| 151 | KRISTA J TASKEY | WAUJFAFH7AN018535 |
| 152 | WENDELL E MORSE JR | WAUJFAFHSAN014256 |
| 153 | KARLA B MARTINEZ | WAUJFAFHSAN008490 |
| 154 | PIERRE DEPASSE | WAUJFAFH4AN019173 |
| 155 | RAYMOND M REARDON | WAUJFAFH2AN022539 |
| 156 | DONN C MEINDERTSMA | WAUJF78KX9N056395 |
| 157 | ERICA L GRASSO | WAUJF78KX9N051231 |
| 158 | JAMES WRIGHT | WAUJF78K99N076721 |
| 159 | SOPHIA Y LIU | WAUJF78K99N045162 |
| 160 | MARTA M NOBO | WAUJF78K89NOS4225 |
| 161 | BARTS CAR STORE INC | WAUJF78K79N068729 |
| 162 | MOON S YOON SCOTT | WAUJF78K69N049427 |
| 163 | JOHN W HORNE | WAUJF78K59N049113 |
| 164 | NOHL A BRAUN | WAUJF78K39NOS4262 |
| 165 | JOHN T VANSCHAFTEN | WAUHFAFLXAN046395 |
| 166 | ZACHARY S MATHEWS | WAUHFAFL9ANOS5833 |
| 167 | JOHN M WACKER | WAUHFAFLSANOS0225 |
| 168 | DARCY BENSON | WAUHFAFL4BN000823 |
| 169 | KARLA M PETERSEN | WAUHFAFL4AN016082 |
| 170 | CHRISTOPHER C GORSKI | WAUGFAFR7AA053120 |
| 171 | REBECCA S UFKES | WAUGF78K99A241703 |
| 172 | HARVEY LEVINE | WAUGF78K59A084736 |
| 173 | JAMES H BONIFACE | WAUGF78K49A061478 |
| 174 | KATHERINE BERNTZEN | WAUGF78K39A240269 |
| 175 | KATHERINE N TAYLOR | WAUGF78K39A192983 |
| 176 | JOSEPH L MARTIN | WAUGF78K29A221325 |
| 177 | LESTER D STOLL | WAUGF78K09A197137 |
| 178 | KYLE D OCHSENBINE | WAUFFAFLXBN052142 |
| 179 | ROBERT MARTINO | WAUFFAFLXBN051931 |
| 180 | MARY CHAMBERS | WAUFFAFLXBA085987 |
| 181 | HAEJIN WANG | WAUFFAFLXAN068131 |
| 182 | PHILIP D LUBITZ | WAUFFAFLXANOS2625 |
| 183 | CASSILL MOTORS INC | WAUFFAFLXAN023383 |
| 184 | BRANDON L JACOBO | WAUFFAFL9BN051015 |

| Name | VIN |
|------|-----|
| 185 MARK B GOLDBERG | WAUFFAFL9BN028513 |
| 186 ROBERT A VARMA | WAUFFAFL9BN006284 |
| 187 AUDREY A PAULE | WAUFFAFL9BA063544 |
| 188 SHARON A MORETII | WAUFFAFL9AN058013 |
| 189 ATLANTIC ARCHTCTLMLWRK LLC | WAUFFAFL9AN004372 |
| 190 J MICHAEL VENTO M D INC | WAUFFAFL8BN042709 |
| 191 TERESA A RICE | WAUFFAFL8BN028339 |
| 192 JOSEPH L MARTIN | WAUFFAFL8AN002158 |
| 193 MIRIAM SHUTZER | WAUFFAFL7BN055175 |
| 194 TERRENCE BRENNAN | WAUFFAFL7BN051921 |
| 195 DAVID J STEINBERG | WAUFFAFL7BN035881 |
| 196 ANDREW T HEADLEY | WAUFFAFL7BN027554 |
| 197 OCTAVIO HERRERA | WAUFFAFL7AN066269 |
| 198 CHARLES ELAND | WAUFFAFL7AN065106 |
| 199 ELIZABETH M RUGGIERO | WAUFFAFL6BN024015 |
| 200 SARAH LEIGH FOGLEMAN | WAUFFAFL6BN021096 |
| 201 ANDREA L HAND | WAUFFAFL6BN011202 |
| 202 LAURA D PERRY | WAUFFAFL6BN004542 |
| 203 LAURA YANG | WAUFFAFL6BA064585 |
| 204 MAYUKH SINGH | WAUFFAFL6AN021047 |
| 205 SLAWOMIR MODZELEWSKI | WAUFFAFLSBN045616 |
| 206 MEGAN A GUISINGER | WAUFFAFLSBN025088 |
| 207 JOSEPH J STELMA | WAUFFAFLSBN018108 |
| 208 JOCELYN L FLEISHER | WAUFFAFLSBN007884 |
| 209 ERIC M BUCK SR | WAUFFAFLSBN005584 |
| 210 LAVAUN I BALDWIN | WAUFFAFLSAN042374 |
| 211 ANNE T DAVENPORT | WAUFFAFLSAN017491 |
| 212 ANNA M FONDA | WAUFFAFLSAN010122 |
| 213 LAVI SEKHON | WAUFFAFL4BN052993 |
| 214 KENNETH W ZIEGLER | WAUFFAFL4BN049592 |
| 215 CYNTHIA S SIEGENFELD | WAUFFAFL4BN021534 |
| 216 TERENCE W NIXON | WAUFFAFL4BN020173 |
| 217 HUGH H FUGLEBERG | WAUFFAFL4AN068898 |
| 218 DAVID M SNELL | WAUFFAFL4AN056430 |
| 219 LARK P WALTER | WAUFFAFL4AN021063 |
| 220 RONALD G HANNAFORD | WAUFFAFL3BN052435 |
| 221 RUMALDO LOPEZ-VASQUEZ | WAUFFAFL3BN039152 |
| 222 DOTSON BROTHERS | WAUFFAFL3BN020309 |
| 223 CHRISTOPHER R HENQUINET | WAUFFAFL3BN004370 |
| 224 ROBERT GOODMAN | WAUFFAFL3AN052725 |
| 225 FIDELINA MENDOZA | WAUFFAFL3AN043975 |
| 226 THOMAS W NILLES | WAUFFAFL3AN042986 |
| 227 JANET HEIDENREICH | WAUFFAFL3AN027582 |
| 228 ADAM D DEKRAKER | WAUFFAFL3AN013522 |
| 229 MILDRED SIMMONS | WAUFFAFL2BN046772 |
| 230 ZHENKUN WANG | WAUFFAFL2BN015425 |

| | Name | VIN |
|---|---|---|
| 231 | FRANK A WEIDKNECHT | WAUFFAFL2AN055051 |
| 232 | EDWARD A LONG | WAUFFAFL2AN045779 |
| 233 | EDWIN D KLINE JR | WAUFFAFL1BN025654 |
| 234 | THOMAS P SIEMASZKO | WAUFFAFL1AN055865 |
| 235 | WILLIAM R LIBERATO | WAUFFAFL1AN035793 |
| 236 | DONAVON M BEALS | WAUFFAFL1AN010117 |
| 237 | CANDACE A PAPPAS | WAUFFAFLOBN051016 |
| 238 | LINDA M JONES | WAUFFAFLOBN028836 |
| 239 | LINDA C IRELAND | WAUFFAFLOBN013656 |
| 240 | MARK A GIULIANI | WAUFFAFLOBA086355 |
| 241 | TAMIKA S MOVE | WAUEFBFL8AN007829 |
| 242 | MERARI C PRATIS | WAUEFBFLOAN049248 |
| 243 | TRACEY A EASTIN OR DAVID R EASTI | WAUEFAFLXBN046417 |
| 244 | ROY U TWEEDLE | WAUEFAFLXBN041749 |
| 245 | DOMINIC C DOTSON | WAUEFAFL9BN044125 |
| 246 | RANDY M BRAGGS | WAUEFAFL8BN014081 |
| 247 | BRITIANY L COUCH | WAUEFAFL8AN057432 |
| 248 | JUDITH E PARKER | WAUEFAFL8AN050206 |
| 249 | CHERYL M BRANTLEY | WAUEFAFL7BN048285 |
| 250 | SUSAN M KOSTRINSKY | WAUEFAFL7AN048561 |
| 251 | CHARLES MANIGO | WAUEFAFL6BN029811 |
| 252 | LYNDA E SHEPPARD | WAUEFAFL6AN004048 |
| 253 | MARTIN K BREIDSPRECHER | WAUEFAFLSAN030320 |
| 254 | HOMER COVERT JEFF D H | WAUEFAFL4BN036854 |
| 255 | ELIZABETH MANN | WAUEFAFL3AN062456 |
| 256 | PHYLLIS D RECCHIA | WAUEFAFL2ANOS9970 |
| 257 | JOHN WEYMER | WAUEFAFLOBNOS4509 |
| 258 | MICHAEL J ENGELSGJERD | WAUDFAFL9BN024582 |
| 259 | AMERICAN MINT LLC | WAUDFAFL9AN060707 |
| 260 | DANIELA F SUAREZ | WAUDFAFL3BN028112 |
| 261 | JOSEPH J PILEGGI | WAUCFAFRXAA059850 |
| 262 | ADELINO MOREIRA | WAUCFAFR9AA018500 |
| 263 | HEATHER BERTINI | WAUCFAFR6AA000939 |
| 264 | MONICA K KO | WAUCFAFR1AA035114 |
| 265 | SEVAK OHANIAN | WAUCFAFROBA037941 |
| 266 | WOMENS HEALTH ASSOCS OF WESTER | WAUCFAFH9BN002427 |
| 267 | TATIANA C MOLIERE | WAUCFAFH7AN018138 |
| 268 | EDWARD G SHUFRO | WAUCFAFHOBN005121 |
| 269 | HIRAM S BALLARD | WAUCF78K99N044487 |
| 270 | TAMMY Z HYSLOP | WAUCF78K39N069336 |
| 271 | GAY BOYNTON | WAUCF78K39N066971 |
| 272 | HUMBERTO E MONTEIRO | WAUBFAFLXBN045867 |
| 273 | NOMA YUKO | WAUBFAFLXBN037588 |
| 274 | YIYANG HU | WAUBFAFLXBN036490 |
| 275 | JOHN FUSCO | WAUBFAFLXBN024727 |
| 276 | PATRICIA O GEALY | WAUBFAFLXBN020094 |

| | Name | VIN |
|---|---|---|
| 277 | PATRICIA A PAULSON | WAUBFAFLXBN013808 |
| 278 | TIMOTHY H HOWARD | WAUBFAFLXAN067897 |
| 279 | LISA M TYREE | WAUBFAFLXAN052610 |
| 280 | ANNABELLA TRIOLO | WAUBFAFLXANOSOSSI |
| 281 | ELAINAH CORDANI | WAUBFAFLXAA046989 |
| 282 | REDA E ISMAIL | WAUBFAFL9BN047433 |
| 283 | LINDA T SANDERS | WAUBFAFL9BN028235 |
| 284 | MINT CLNG SERVICES LLC | WAUBFAFL9BN012701 |
| 285 | THERESA A AGRO-WOSKY | WAUBFAFL9AN067082 |
| 286 | GAYLE F COOPER | WAUBFAFL9AN063565 |
| 287 | DEBRA A PETERSON PAYNE | WAUBFAFL9AN053120 |
| 288 | RICHARD E BROWN | WAUBFAFL9AN052758 |
| 289 | RAFI ALTAN | WAUBFAFL9AN010526 |
| 290 | BRIAN P MCNAMARA | WAUBFAFL8BN055295 |
| 291 | E G STORCK | WAUBFAFL8BN010521 |
| 292 | ELLEN G FORST | WAUBFAFL8AN052654 |
| 293 | RICHARD E BOWERS | WAUBFAFL7BN018755 |
| 294 | CAROL MCNEAL | WAUBFAFL7AN066366 |
| 295 | KELLY N SNEAD | WAUBFAFL7AN055058 |
| 296 | ANGELA CHIU | WAUBFAFL7AN035392 |
| 297 | CALEB L MEINDERTSMA | WAUBFAFL7AN032279 |
| 298 | GRACE N KIM | WAUBFAFL7AN017930 |
| 299 | BRIANNA L GILSTRAP | WAUBFAFL6BN040696 |
| 300 | WRIGHT GROUP INC | WAUBFAFL6BN040682 |
| 301 | MEGAN E ROBERTS | WAUBFAFL6AN050160 |
| 302 | RANDALL FOX | WAUBFAFLSBN048577 |
| 303 | PAUL CAMPANELLI | WAUBFAFLSBN036090 |
| 304 | LESLIE E FOILES | WAUBFAFLSBN023369 |
| 305 | PATRICIA BARR | WAUBFAFLSBA093414 |
| 306 | THOMAS A KESSINGER | WAUBFAFLSAA046365 |
| 307 | CAROL A PAROBEK | WAUBFAFL4BN048067 |
| 308 | KRISTEN L JACKSON | WAUBFAFL4BN041975 |
| 309 | ETIA L BOETIGER | WAUBFAFL4BN022651 |
| 310 | PAUL J PARISE | WAUBFAFL3BN007252 |
| 311 | GERARD E BROUILLARD | WAUBFAFL3AN067448 |
| 312 | CHARLES VEDDER | WAUBFAFL3AN052402 |
| 313 | TANJA BOGICEVIC | WAUBFAFL3AN019853 |
| 314 | BRETI M POWELL | WAUBFAFL3AN015186 |
| 315 | DAVID J MCNAIRN | WAUBFAFL2BN041411 |
| 316 | CHARLES R PALAZZOLO | WAUBFAFL2BN030988 |
| 317 | JENNIFER DUPLISSIE | WAUBFAFL2AN023974 |
| 318 | PETER J BARBATO | WAUBFAFL1BN048818 |
| 319 | ROBERT F MCLEOD, JR | WAUBFAFL1BN021327 |
| 320 | CECILIA SEGOVIA | WAUBFAFL1BA103999 |
| 321 | NEIL N GLAZER | WAUBFAFL1AN061664 |
| 322 | REDA E ISMAIL | WAUBFAFL1AN004266 |

| | Name | VIN |
|---|---|---|
| 323 | KAY SCHACTER | WAUBFAFL1AN002159 |
| 324 | MARGARET A POPPITO | WAUBFAFLOBN047725 |
| 325 | JANICE  S SKINNER | WAUBFAFLOBN036269 |
| 326 | MARTHA RAMACORTI | WAUBFAFLOAN059548 |
| 327 | RACHEL G WRIGHT | WAUBFAFLOAN056116 |
| 328 | ANGELINE WEBB | WAUBFAFLOAN052910 |
| 329 | ARLENE  R GREENBERG | WAUBFAFLOAN038831 |
| 330 | L B KEYES | WAUBFAFLOAN026520 |
| 331 | GREGORY N PRATI | WAUBFAFLOAN011466 |
| 332 | CLAUDETIE A RAYMOND | WAUBFAFLOAN004890 |
| 333 | DEBORAH D SINGERMAN | WAUBFAFLOAN001889 |
| 334 | ROBIN PLOWMAN | WAUAFAFLXBN028014 |
| 335 | MICHAEL J MILSTEAD | WAUAFAFLXBN001105 |
| 336 | OMAR H ELSAYED | WAUAFAFL9BN032491 |
| 337 | ANNA  F HEALY | WAUAFAFL9AN070172 |
| 338 | REBECCA CHEN | WAUAFAFL9AN011686 |
| 339 | MATIHEW TRINH | WAUAFAFL8BN056913 |
| 340 | MATIHEW K DOUGLAS | WAUAFAFL8BN044552 |
| 341 | FABIAN SUAREZ ALAYON | WAUAFAFL7BN039584 |
| 342 | JERRY L DIENER | WAUAFAFL7BN015897 |
| 343 | PRISCILLA O CHANG | WAUAFAFL6BN031203 |
| 344 | JAMES  R BLOOM | WAUAFAFL6AN058481 |
| 345 | ARLENE D GALLOW | WAUAFAFL6AN056987 |
| 346 | GLORIA D BRODY | WAUAFAFLSBN051538 |
| 347 | RICK DIAMOND | WAUAFAFLSBN013016 |
| 348 | MARIA  C CUEVASTAPIA | WAUAFAFLSAN054258 |
| 349 | MICHELLE  K OLSON | WAUAFAFLSAN018182 |
| 350 | MERLE  E FRITZ &OR ANITA D | WAUAFAFL4BN015596 |
| 351 | MICHAEL OGARA | WAUAFAFL4BN002329 |
| 352 | TOYAMA KAZUNORI | WAUAFAFL4AN031330 |
| 353 | THOMAS W ABBOTI | WAUAFAFL3AN064612 |
| 354 | JENELLE A GERMAIN | WAUAFAFL3AN042318 |
| 355 | ZHU VI | WAUAFAFL1BN049964 |
| 356 | IVAN LALIC | WAUAFAFL1BN010517 |
| 357 | DONALD G GRAINGER  JR | WAUAFAFLOAN069931 |
| 358 | GARETH  SYLVESTER | WAUAFAFLOAN031177 |
| 359 | FRED C HARRIS | WAUAFAFLOAN018803 |
| 360 | HAROLD  E HELLENDER  JR | WAUAFAFH7BN003406 |
| 361 | MARY  E DROBKA | WAU4FAFL8AA127143 |
| 362 | ENTELA LULO | WAU3FAFR7BA045650 |
| 363 | JUNE TAN | WA1LFBFPOBA067250 |
| 364 | RONALD M SHELTON | WA1LFAFPXBA081215 |
| 365 | DARBY B CARMICHAEL | WA1LFAFPXBA053219 |
| 366 | ERIC M STADTHERR | WA1LFAFP9BA104810 |
| 367 | MAXWELL U FLEMING  JR | WA1LFAFP9BA099107 |
| 368 | AMRIT BASSI | WA1LFAFP9BA092772 |

| | Name | VIN |
|---|---|---|
| 369 | ROBERT J PATCHEN | WA1LFAFP9BA079780 |
| 370 | BONNIE L HUMES | WA1LFAFP9BA035732 |
| 371 | JACK DALTON | WA1LFAFP9BA027601 |
| 372 | EQUINOX 2 INC | WA1LFAFP8BA104331 |
| 373 | PAMELA S CARTER | WA1LFAFP8BA071962 |
| 374 | JOHN C HULICK | WA1LFAFP8BA066888 |
| 375 | GUARDIAN EAGLE SEC INC/ GALAL | WA1LFAFP8BA035916 |
| 376 | DENNIS AKIONA | WA1LFAFP7BA103719 |
| 377 | WESLEY S MCMILLAN | WA1LFAFP7BA025250 |
| 378 | PHILIP BRUNKHORST | WA1LFAFP6BAOS3685 |
| 379 | PHIL COOKE PICTURES INC | WA1LFAFP6BAOS2679 |
| 380 | FREDERICK G POTIER | WA1LFAFPSBA081235 |
| 381 | SZYKOWNY FUNL HOME LTD | WA1LFAFPSBA072034 |
| 382 | BARRY L BEAL | VVA1LFAFP4BA014237 |
| 383 | CHRIS GASIENICA | WA1LFAFP3BA083307 |
| 384 | MARC H LABOVICH | VVA1LFAFP3BA025357 |
| 385 | PENG XU | VVA1LFAFP2BA080124 |
| 386 | CAROLE E MATEJKA | WA1LFAFP1BA077683 |
| 387 | PATRICK J POLLARD | WA1LFAFPOBA105702 |
| 388 | CARL TANGE JR | WA1LFAFPOBA022626 |
| 389 | MARIA BIANCHI | WA1CFAFP9BA044740 |
| 390 | MARIE-LAURE BINAM | WA1CFAFP8BA101042 |
| 391 | BARBARA A BREITINGER | WA1CFAFP8BA029565 |
| 392 | PATRICIA J PAHK | VVA1CFAFP6BA025966 |
| 393 | DENNIS R SAMUELSON | WA1CFAFP2BA058138 |
| 394 | MARY A RODDY | VVA1CFAFPOBA094345 |
| 395 | BRENT BREITHAUPT | WA1CFAFPOBA037367 |